Debtor 1   Maurice V. Baker

Debtor 2   

(Spouse, if filing)

United States Bankruptcy Court for the <u>NORTHERN</u> District of <u>ALABAMA</u>

Case number <u>18-83005-CRJ13</u>

## Official Form 410S1

# Notice of Mortgage Payment Change      12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** <u>U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF11 MASTER PARTICIPATION TRUST</u>

**Last 4 digits** of any number you use to identify the debtor's account: <u>5253</u>

**Court claim no.** (if known): <u>8-1</u>

**Date of payment change:** <u>4/1/2020</u>
Must be at least 21 days after date of this notice

**New total payment:** <u>$762.47</u>
Principal, interest, and escrow, if any

| Part 1: | Escrow Account Payment Adjustment |
|---|---|

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No.
   ■ Yes.    Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

   _____

   _____

   Current escrow payment: <u>$148.57</u>      New escrow payment: <u>$166.30</u>

| Part 2: | Mortgage Payment Adjustment |
|---|---|

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ■ No
   ☐ Yes.    Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

   _____

   Current interest rate:      New interest rate:

   Current principal and interest payment:      New principal and interest payment:

| Part 3: | Other Payment Change |
|---|---|

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ■ No
   ☐ Yes    Attach a copy of any document describing the basis for the change, such as a repayment plan or loan modification agreement.
   *(Court approval may be required before the payment change can take effect.)*

   Reason for change: _____

   Current mortgage payment:      New mortgage payment:

Debtor 1  Maurice V. Baker                                      Case number *(if known)* 18-83005-CRJ13
          Print Name      Middle Name      Last Name

| Part 4: | Sign Here |
|---------|-----------|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/  Erin Elam                              Date    02/21/2020
   Signature

Print          Erin Elam                                              Title    Authorized Agent for Creditor
          First Name          Middle Name          Last Name

Company        Robertson, Anschutz, Schneid & Crane LLC

Address        10700 Abbott's Bridge Road, Suite 170
          Number    Street

               Duluth  GA 30097
          City                          State          ZIP Code

Contact Phone  470-321-7112                              Email        eelam@rascrane.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on __2/27/2020_____,
I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

Brandon Nicholas Smith
Dezenberg & Smith, PC
908-C N. Memorial Pkwy.
Huntsville, AL 35801

Michele T. Hatcher
Chapter 13 Trustee
P.O. Box 2388
Decatur, AL 35602

Maurice V. Baker
117 Shelly Lane
Huntsville, AL 35810

Robertson, Anschutz, Schneid & Crane LLC
Authorized Agent for Secured Creditor
10700 Abbott's Bridge Road, Suite 170
Duluth, GA 30097
Telephone: 470-321-7112
Facsimile: 404-393-1425

By: _/s/ Duncan McClellan_____
   Duncan McClellan
   dmcclellan@rascrane.com



Caliber Home Loans, Inc.
P.O. Box 619063
Dallas, TX 75261-9063

## ESCROW ACCOUNT DISCLOSURE STATEMENT

| | |
|---|---|
| Statement Date: | 01/27/2020 |
| Loan Number: | █████████ |
| Current Payment Amount: | $744.74 |
| New Payment Amount: | $762.47 |
| New Payment Effective Date: | 04/01/2020 |
| Property Address: | 117 SHELLY LN |
| | HUNTSVILLE AL 35810 |

███████████████████

MAURICE BAKER
ANGELA BAKER
C/O BRANDON NICHOLAS SMITH
908-C MEMORIAL PKWY NW
HUNTSVILLE AL 35801

Hello!

At Caliber Home Loans, we examine your escrow account at least annually to make sure there is enough money in your account to cover your tax and/or insurance payments. This review accounts for any increases or decreases in your taxes or insurance that can result in changes to your payment amount. The following outlines your actual escrow account activity since your previous disclosure or initial disclosure and the anticipated activity for the next 12 months.

Based on our review, you have a shortage of $43.27. A shortage occurs when the anticipated escrow account balance falls short of the required balance.

To view differences between your current payment and new payment, please refer to Section 1 below. To view changes in your escrow account, please refer to Section 3 of this statement. Your projected shortage was calculated based on the information in Section 2 below. Section 2 includes changes that are anticipated over the next 12 months, while Section 3 displays your history as of the last escrow analysis.

### Section 1 - Payment Breakdown

This section provides a breakdown of both your current and new payment which will become effective 04/01/2020.

| Payment Breakdown | Current Payment | | New Payment Effective 04/01/20 |
|---|---|---|---|
| Principal & Interest | $ | 596.17 | $ | 596.17 |
| Base Escrow Payment | $ | 148.57 | $ | 162.70 |
| Shortage Payment | $ | 0.00 | $ | 3.60 |
| Surplus Adjustment | $ | 0.00 | $ | 0.00 |
| **TOTAL** | **$** | **744.74** | **$** | **762.47** |

If you utilize a bill paying service, please notify them of the payment changes scheduled to occur.

### Section 2 - Shortage Calculation & Anticipated Escrow Activity

This section displays information regarding your shortage and anticipated escrow activity for the next 12 months.

Your shortage was calculated by taking the difference between your anticipated escrow balance and your required balance at the projected lowest point of your anticipated balance over the next 12 months. These balances are identified in the chart below in red next to the following symbol (>).

Your shortage has already been spread over 12 months, however you have the option of paying your shortage in full using the coupon attached below or by calling 1-800-401-6587 to have it spread over additional months.

**ANTICIPATED ESCROW BALANCE $282.13 – MINIMUM REQUIRED BALANCE $325.40 = SHORTAGE AMOUNT $43.27**
**SHORTAGE AMOUNT/12 = $3.60 per month**

To ensure your account maintains enough money for future tax and insurance payments, a cushion is maintained on your loan when applicable, to help avoid a negative balance in your escrow account. This cushion may include up to two months' worth of your base escrow payment to cover increases in your tax or insurance payments. Your escrow balance should not fall below $325.40, which is your cushion amount and required balance. (Mortgage insurance is not included in your cushion calculation.)

| Anticipated Month of Activity | Anticipated Payments To Escrow | Disbursements From Escrow | Description | | Anticipated Balance | Required Balance | |
|---|---|---|---|---|---|---|---|
| | | | | Starting Balance | $770.34 | $813.61 | |
| 04/2020 | $162.70 | $.00 | | | $933.04 | $976.31 | |
| 05/2020 | $162.70 | $.00 | | | $1,095.74 | $1,139.01 | |
| 06/2020 | $162.70 | $.00 | | | $1,258.44 | $1,301.71 | |
| 07/2020 | $162.70 | $.00 | | | $1,421.14 | $1,464.41 | |
| 08/2020 | $162.70 | $.00 | | | $1,583.84 | $1,627.11 | |
| 09/2020 | $162.70 | $.00 | | | $1,746.54 | $1,789.81 | |
| 10/2020 | $162.70 | -$1,359.00 | HOMEOWNER INS | | $550.24 | $593.51 | |
| 11/2020 | $162.70 | $.00 | | | $712.94 | $756.21 | |
| 12/2020 | $162.70 | -$593.51 | COUNTY TAX | | $282.13 | $325.40 | > |
| 01/2021 | $162.70 | $.00 | | | $444.83 | $488.10 | |

**(Continued on the Back)**
▼ DETACH HERE ▼

**Return this coupon and the amount shown below to pay your shortage in full.**



## Shortage Payment Coupon

MAURICE BAKER

Please write your loan number on your check and mail to:

CALIBER HOME LOANS
P.O. BOX 650856
DALLAS, TX 75265-0856

| LOAN NUMBER | SHORTAGE AMOUNT |
|---|---|
| ███████████ | $43.27 |

Your escrow disclosure indicates a shortage of $43.27. For your convenience, we have spread this amount over 12 months and included it in your new monthly payment, effective April 1, 2020. However, you may choose to pay it in full and reduce your new monthly payment to $758.87. If you choose to pay this shortage in full, please detach this coupon, and mail it along with your check in the enclosed shortage envelope. After your one time full escrow shortage payment is received your new payment will be adjusted accordingly.

█████████████████████████████████████

Internet Reprint

## Section 2 - Shortage Calculation & Anticipated Escrow Activity  (continued)

| Anticipated Month of Activity | Anticipated Payments To Escrow | Disbursements From Escrow | Description | | Anticipated Balance | Required Balance |
|---|---|---|---|---|---|---|
| 02/2021 | $162.70 | $.00 | | | $607.53 | $650.80 |
| 03/2021 | $162.70 | $.00 | | | $770.23 | $813.50 |

**For assistance with your payment, please contact Caliber Customer Service at 1-800-401-6587.**

## Section 3 - Escrow Account History

This section itemizes your actual escrow account history since your last escrow analysis or initial disclosure. By comparing previous projections with actual payments and disbursements, you can determine where a difference may have occurred. An asterisk (*) indicates a difference in either the amount or date.

When applicable, the letter 'E' beside an amount indicates that a payment or disbursement has not yet occurred, but is estimated to occur as shown.

| Month of Activity | Anticipated Escrow Payments | Actual Escrow Payments | Anticipated Disbursements From Escrow | Description | Actual Disbursements From Escrow | Description | Anticipated Balance | Actual Balance |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Starting Balance | $891.48 | -$1,638.15 |
| 05/2019 | $148.57 | $.00 | $.00 | | $.00 | | $1,040.05 | -$1,638.15 |
| 06/2019 | $148.57 | $175.70 | $.00 | | $.00 | | $1,188.62 | -$1,462.45 |
| 07/2019 | $148.57 | $175.70 | $.00 | | $.00 | | $1,337.19 | -$1,286.75 |
| 08/2019 | $148.57 | $175.70 | $.00 | | $.00 | | $1,485.76 | -$1,111.05 |
| 09/2019 | $148.57 | $351.40 | $.00 | | $.00 | | $1,634.33 | -$759.65 |
| 10/2019 | $148.57 | $147.23 | -$1,231.00 | HOMEOWNER INS | -$1,359.00 | HOMEOWNER INS | $551.90 | -$1,971.42 |
| 10/2019 | $.00 | $.00 | $.00 | | -$593.51 | COUNTY TAX | $551.90 | -$2,564.93 |
| 11/2019 | $148.57 | $147.23 | $.00 | | $.00 | | $700.47 | -$2,417.70 |
| 12/2019 | $148.57 | $294.46 | -$551.90 | COUNTY TAX | $.00 | | $297.14 | -$2,123.24 |
| 01/2020 | $148.57 | $147.23 | $.00 | | $.00 | | $445.71 | -$1,976.01 |
| 02/2020 | $148.57 | $.00 | $.00 | | $.00 | | $594.28 | -$1,976.01 |
| 03/2020 | $148.57 | $.00 | $.00 | | $.00 | | $742.85 | -$1,976.01 |

## Section 4 - Questions

For questions regarding your statement, please contact Caliber Customer Service at 1-800-401-6587, Our business hours are Monday through Friday, 8:00 AM to 7:00 PM CST. Please also visit our website at www.caliberhomeloans.com.

**Notice to Consumers presently in Bankruptcy or who have received a Bankruptcy Discharge:  If you are a debtor presently subject to a proceeding in Bankruptcy Court, or if you have previously been discharged from this debt by a Federal Bankruptcy Court, this communication is not an attempt to collect a debt but is sent for informational purposes only or to satisfy certain Federal or State legal obligations.**